IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **GREATER NEW YORK MUTUAL INSURANCE COMPANY t/u/o, t/o/u WESTMORELAND COOPERATIVE,** | * | |
| **Plaintiff,** | * | |
| v. | * | CASE NO.:   1:19-cv-03589-DLB |
| **STONESTREET CONTRACTING, INC.,** | * | |
| **Defendant.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### JOINT LINE REQUESTING FOR LOCAL RULE 111 ORDER

The Parties jointly advise that this case has been settled. Therefore, pursuant to Local Rule 111, the Parties request an Order dismissing the case without prejudice to the right of a Party to move for good cause to reopen the case within thirty (30) days if the settlement is not consummated.

Respectfully Submitted,

| | |
|---|---|
| /s/  Bryant S. Green | /s/  Samuel J. DeBlasis , II |
| Craig D. Roswell, Esq. (Bar No. 01186) | Samuel J. DeBlasis, II, Esq. (Bar No. 10586) |
| Bryant S. Green, Esq. (Bar No. 19752) | DECARO DORAN SICILANO GALLAGHER AND DEBLASIS, LLP |
| NILES, BARTON & WILMER, LLP | |
| 111 S. Calvert St., Suite 1400 | 17251 Melford, Blvd. Ste. 200 |
| Baltimore, MD 21202 | Bowie, Maryland 20715 |
| (410) 783-6421 | (301) 352-4950 |
| (410) 783-6478 – *facsimile* | (301) 352-8691 – *facsimile* |
| bsgreen@nilesbarton.com | sdeblasis@decarodoran.com |
| cdroswell@nilesbarton.com | *Attorneys for Defendant,* |
| *Attorneys for Plaintiff,* | *Stonestreet Contracting, Inc.* |
| *Greater New York Mutual Insurance Company* | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of November, 2020, I served the foregoing Joint Line Requesting for Local Rule 111 Order was electronically on the following via the Court's CM/ECF system:

Samuel J. DeBlasis, II, Esq.
17251 Melford, Blvd. Ste. 200
Bowie, Maryland 20715
*Attorneys for Defendant,*
*Stonestreet Contracting, Inc.*

                        /s/  Bryant S. Green
                        Bryant S. Green, Esq. (Bar No. 19752)

4810-9540-8594, v. 1